IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Funches, Claretha | Case Number: 07 B 02569 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/30/07 | Filed: 2/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 18, 2007
Confirmed: May 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,950.00 | |
| Secured: | | 1,470.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 374.70 |
| Trustee Fee: | | 105.30 |
| Other Funds: | | 0.00 |
| Totals: | 1,950.00 | 1,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Jennifer A Blanc Douge | Administrative | 1,525.00 | 374.70 |
| 2. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 3. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Secured | 16,461.88 | 1,320.00 |
| 5. | Monterey Financial Services | Secured | 1,491.52 | 150.00 |
| 6. | Mortgage Clearing Corp | Secured | 19,348.46 | 0.00 |
| 7. | Mortgage Clearing Corp | Secured | 1,028.00 | 0.00 |
| 8. | Internal Revenue Service | Priority | 2,034.70 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 336.06 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 425.17 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 4,094.66 | 0.00 |
| 12. | Midland Credit Management | Unsecured | 69.10 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 177.97 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 59.70 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 77.18 | 0.00 |
| 16. | Capital One | Unsecured | 948.06 | 0.00 |
| 17. | HSBC Taxpayer Financial Services | Unsecured | 302.81 | 0.00 |
| 18. | Nuvell Credit Company LLC | Unsecured | 220.40 | 0.00 |
| 19. | Nicor Gas | Unsecured | 470.39 | 0.00 |
| 20. | Cache Inc | Unsecured | | No Claim Filed |
| 21. | A T & T Wireless PCS Inc | Unsecured | | No Claim Filed |
| 22. | First National Collection | Unsecured | | No Claim Filed |
| 23. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 24. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| 25. | Bowman Heintz Boscia Vician | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Funches, Claretha

Printed: 10/30/07

Case Number: 07 B 02569
Judge: Goldgar, A. Benjamin
Filed: 2/14/07

| | | | |
|---|---|---|---|
| 26. Paragon Way Inc | Unsecured | | No Claim Filed |
| 27. West Suburban Hospital | Unsecured | | No Claim Filed |
| 28. Pekay & Blitstein P C | Unsecured | | No Claim Filed |
| 29. Monterey Financial Services | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 49,071.06 | $ 1,844.70 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 105.30 |
| | _____ |
| | $ 105.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_